| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Altenburg, Jr, Andrew B. | 2. Court or Organization Bankruptcy Court, District of New Jersey | 3. Date of Report 07/27/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Bankruptcy Judge, full-time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address Mitchell H. Cohen Courthouse 401 Market Street Camden, New Jersey 08101 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | President | Andrew B. Altenburg, Jr., Esquire PC |
| 2. | Sole Member | ALEMSA, LLC (dissolved 11/30/15) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/27/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Andrew B. Altenburg, Jr. Esquire PC/withdrawals | $344.00 |
| 2. 2015 | ALEMSA LLC/rental income | $3,278.00 |
| 3. 2015 | ALEMSA LLC/sale of commercial property | $29,647.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Cherry Hill Board of Education/salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of Pennsylvania Bankruptcy Bar Association | 01/22/15 - 01/23/15 | Atlantic City, NJ | 26th Annual EDPA Bankruptcy Conference - Speaker | Lodging, Meals |
| 2. | Association of Insolvency & Restructuring Advisors | 06/03/15 - 06/04/15 | Philadelphia, PA | 31st Annual Bankruptcy and Restructuring Conference - Speaker | Lodging, Parking |
| 3. | Turnaround Management Association | 06/10/15 - 06/11/15 | Atlantic City, NJ | 13th Annual Mid-Atlantic Regional Symposium - Speaker | Lodging, Meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/27/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fulton Bank | guaranty of line of credit for coroporation (Pt VII, line 1) | K |
| 2. | Fulton Bank | guaranty of mortgage for ALEMSA LLC | K |
| 3. | LL Bean/Amazon | credit card | K |
| 4. | Barclays | credit card | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Andrew B. Altenburg, Jr. Esquire PC (law practice) | F | Distribution | L | T | | | | | |
| 2. South Jersey Federal Credit Union Accounts | A | Dividend | J | T | | | | | |
| 3. American Funds Accounts | | | | | | | | | |
| 4. - The Growth Fund of America - A / Invst Co of America - A | A | Dividend | J | T | | | | | |
| 5. Ameriprise Achiever Circle Portfolio/ Ameriprise ONE Financial Account | | | | | | | | | |
| 6. - Ameriprise Insured Money Market Account | A | Dividend | K | T | | | | | |
| 7. - Columbia Absolute Retrun Multi Strategy Mutual Fund | A | Dividend | K | T | Sold (part) | 01/14/15 | J | A | |
| 8. - Columbia Absolute Return Multi Strategy Mutual Fund | A | Dividend | K | T | Sold (part) | 03/02/15 | J | A | |
| 9. - Columbia Absolute Return Multi Strategy Mutual Fund | A | Dividend | K | T | Sold (part) | 03/09/15 | J | A | |
| 10. - Columbia Absolute Return Multi Strategy Mutual Fund | A | Dividend | K | T | Sold (part) | 06/30/15 | J | A | |
| 11. - Columbia Capital Alloc Moderate Cl C Mutual Fund | A | Dividend | L | T | | | | | |
| 12. - Columbia Flexible Cap Income CL C | A | Dividend | K | T | Buy | 01/14/15 | J | A | |
| 13. - Lord Abbett Short Duration Income CL C | A | Dividend | K | T | Buy | 03/31/15 | J | A | |
| 14. - Alcatel Lucent stock | A | Dividend | J | T | | | | | |
| 15. - Comcast Corp CL A New stock | A | Dividend | J | T | | | | | |
| 16. - IRA (1) | A | Dividend | L | T | | | | | |
| 17. - Blackrock Global Alloc Investor CL C | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Columbia Strategic Income CL C | A | Dividend | | | | | | | |
| 19. - Oppenheimer Rising Dividends CL C | A | Dividend | | | | | | | |
| 20. - Oppenheimer Real Estate CL C | A | Dividend | | | | | | | |
| 21. - Oppenheimer Limited Term Gov't CL C | A | Dividend | | | | | | | |
| 22. - Oppenheimer Global Strat Income CL C | A | Dividend | | | | | | | |
| 23. - Oppenheimer Intl Growth CL C | A | Dividend | | | | | | | |
| 24. - Prudential Short Term Corp Bond CL C | A | Dividend | | | | | | | |
| 25. - IRA (2) | A | Dividend | K | T | | | | | |
| 26. - Wells Fargho Advantage Wealthbuilder Moderate Balanced | B | Dividend | | | | | | | |
| 27. Oppenheimer Simple IRA | | | | | Merged (with line 16) | 01/26/15 | J | | |
| 28. NJBEST - 529 - aged based | | Distribution | | | Sold | 08/01/15 | K | C | |
| 29. NJBEST - 529 - age based | | None | K | T | | | | | |
| 30. NJBEST - 529 - age based | | None | K | T | | | | | |
| 31. Lincoln Investment 403B | | Dividend | L | T | | | | | |
| 32. - Blackrock Global Allocation Fund - A | B | Dividend | | | | | | | |
| 33. - Ivy Asset Strategy Fund - A | B | Dividend | | | | | | | |
| 34. Disney Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  GE Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Pt VII, Line 1 - Law practice was sold to Robert J. Malloy, Esquire PC in April 2014. Beginning June 2014, corporation was to receive $1,500 a month for thirty six (36) months. Payor accelerated payments in 2015 to pay off debt in 2016. Funds used to satisfy corporate debts. Remaining funds distributed to reporting person.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew B. Altenburg, Jr**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544